UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MEGAN HUMITZ,

        Plaintiff,

   v.                                                Case No. 25-cv-1626-bhl

CITY OF GLENDALE,

        Defendant.

## SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16, Civil L. R. 16(a), and the parties' Joint Rule 26(f) Report, **ECF No. 12**, the Court sets the following schedule and procedures. A final pretrial conference and trial dates will be set at a later date if necessary.

### DISCOVERY

1. Amendments to the pleadings may be filed without leave of Court on or before **February 2, 2026**. Fed. R. Civ. P. 15 will apply to any amendment filed after that date.

2. All fact discovery must be completed no later than **August 25, 2026**. Discovery requests must be served sufficiently in advance of this deadline that timely responses are due before the deadline expires.

3. In accordance with Fed. R. Civ. P. 26, primary expert witness disclosures are due on or before **April 24, 2026**, and rebuttal expert witness disclosures are due on or before **May 22, 2026**. These documents are to be exchanged between the parties and are not to be filed with the Court.

4. All expert discovery must be completed no later than **May 22, 2026**.

5. Expedited non-dispositive motions must comply with Civil L. R. 7(h). Counsel seeking non-dispositive procedural relief shall consult with the opposing party and include in the motion a statement indicating whether or not the motion is opposed.

### SUMMARY JUDGMENT MOTIONS

6. Motions for summary judgment must comply with Fed. R. Civ. P. 56 and Civil L. R. 7 and shall be served and filed on or before **October 9, 2026**.

## ADDITIONAL PROCEDURES

7. All requests of the Court must be made by formal motion in accordance with Civil L. R. 7 and the Federal Rules of Civil Procedure.

8. Counsel are to confer and make a good faith effort to settle the case and explore various methods of alternate dispute resolution. The Court will refer the case to one of the magistrate judges for mediation, at no cost to the parties, when a joint request is made at least ninety (90) days prior to the final pretrial conference.

9. Settlement discussions must be completed prior to the final pretrial conference. In cases where settlement occurs after the final pretrial conference, the Court may impose jury-related costs, including notification, travel, and attendance fees, upon the responsible attorneys.

10. The foregoing schedule shall not be modified except upon a showing of good cause and by leave of the Court. The pendency of motions or settlement discussions shall not justify modification of the schedule, nor delay the taking of discovery.

SO ORDERED on December 23, 2025.

                                              s/ *Brett H. Ludwig*
                                              BRETT H. LUDWIG
                                              United States District Judge